The Honorable Judge Benjamin H. Settle

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Case No: CR24-5259BHS |
| vs. | MOTION TO WITHDRAW |
| RYAN MATTHEW GENNETTE, | |
| Defendant. | |

COMES NOW, attorney Allyson Barker, counsel for defendant RYAN GENETTE, and requests that the court allow her to withdraw as counsel for Mr. Genette and to appoint substitute counsel due to a medical condition that would prevent her from providing constitutionally effective representation to Mr. Gennette.

DATED this 28th day of March, 2025.

*[signature]*

Allyson Barker
WSBA #35448
Attorney for Defendant

- 1- MOTION TO WITHDRAW

Yelish, Barker & Cunningham
1963 Bethel Ave.
Port Orchard, WA 98366
(360) 876-9900
allyson@ybc.law

**CERTIFICATE OF SERVICE**

I hereby certify that on March 28, 2025, I electronically filed the foregoing documents with the Clerk of the Court using the CM/ECF system which will send notification of such filing to each participant in this case.

*Allyson Barker*
Allyson Barker
WSBA #35448
Attorney for Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that on March 28, 2025, I mailed the foregoing documents to defendant Ryan Gennette at the SeaTac Federal Detention Center.

*Rachel Klos*
Rachel Klos, Paralegal
Yelish, Barker & Cunningham

- 2- MOTION TO WITHDRAW

Yelish, Barker & Cunningham
1963 Bethel Ave.
Port Orchard, WA 98366
(360) 876-9900
allyson@ybc.law