The Honorable Benjamin H. Settle

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RYAN GENNETTE,<br><br>Defendant. | Case No: CR24-5259BHS<br><br>PROPOSED ORDER OF WITHDRAWL AND SUBSITUTION |

Having reviewed the Motion to Withdraw filed by counsel in this case, it is hereby ordered that attorney Allyson Barker be allowed to withdraw as counsel for Mr. Armas and substitute counsel be appointed from the CJA panel.

DATED this 28th day of March 2025.

_____
Hon. Benjamin H. Settle
U.S. District Court Judge

- 1- PROPOSED ORDER OF
WITHDRAWL AND SUBSTITUION

Yelish, Barker & Cunningham
1963 Bether Rd. SE
Port Orchard, WA 98366
(360) 876-9900

**CERTIFICATE OF SERVICE**

I hereby certify that on March 28, 2025, I electronically filed the foregoing documents with the Clerk of the Court using the CM/ECF system which will send notification of such filing to each participant in this case.

       /s/ *Allyson Barker*
Allyson Barker
Attorney for Defendant
WSBA No. 35448

**CERTIFICATE OF SERVICE**

I hereby certify that on March 28, 2025, I mailed a copy of this proposed order to defendant Gabriel Armas at the SeaTac Federal Detention Center.

*Rachel Klos*

Rachel Kols, Paralegal
Yelish, Barker & Cunningham

- 2- PROPOSED ORDER OF WITHDRAWL AND SUBSTITUION

Yelish, Barker & Cunningham
1963 Bether Rd. SE
Port Orchard, WA 98366
(360) 876-9900